Receipt # 067397

ORIGINAL

FILED
NOV 2 6 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE GEORGE FAMILY TRUST, )
BY AND THROUGHT ITS )
TRUSTEEES, JOHN P. GEORGE, )
JULIA P. PAPA, AND JERRY )
GEORGE, TRUSTEES, )
)
Plaintiff, )
)
) 07-816 L
v. ) No. __________
)
)
)
THE UNITED STATES, )
)
Defendant. )
)
)
________________________________)

## COMPLAINT

Comes now the Plaintiff, by and through its attorney, William R. Mayo and for its cause of action allege and state as follows:

### NATURE OF THE ACTION

1. Land owned by the Plaintiff located in Monroe County, Arkansas has been subjected to intermittent and recurrent flooding as a result of and by improper use of flood control devices and procedures utilized by the United States Corp of Engineers on the Arkansas White River System.

2. That the private real property of the Plaintiff has been damaged particularly with respect to timbered lands as a result of a taking of private lands for public use without just compensation.

## JURISDICTION

3. This Court has jurisdiction over the subject matter of this action pursuant to the Tucker Act, 28 U.S.C Section 1491 (a) (1) and the Fifth Amendment to the United States Constitution based upon an unlawful taking of Plaintiffs' private property for public use by the Defendant without just compensation.

## PARTIES

4. That Plaintiff is a trust represented by its fiduciaries and trustees named herein of the George Family Trust, are citizens of the State of Arkansas and the United States.

5. That the Defendant is the United States through the actions, omissions and conduct of the United States Corp of Engineers.

## STATEMENT OF FACTS

6. That the George Family Trust is the owner in fee simple title to lands situated in Monroe County, Arkansas, in Section29, 30, 31, , Township 3, Range 1 East.

7. That the Plaintiff's property over a period of time has been subjected to gradual, periodic and intermittent flooding from backwater from Big Cypress Creek as a tributary of the Arkansas River.

8. That the gradual, periodic and intermittent flooding has caused damage to standing timber, loss of regeneration and growth of aquatic vegetation such as buck brush rendering the property unusable for intended uses constituting a taking of the Plaintiff's property without just compensation in violation of the Fifth Amendment to the United States Constitution.

9. That the losses sustained by the Plaintiff were a direct and proximate

result of the gradual, periodic and intermittent flooding caused by the Defendant through the U.S. Corp of Engineers' use of flood control devices and procedures on the Arkansas River System.

10. That the Defendant through the U.S. Corp of Engineers uses the Arkansas River System to control flood waters for the public benefit, however the resulting gradual, periodic and intermittent flooding of the Plaintiff's lands for public benefit constitutes a taking without just compensation contrary to the Fifth Amendment to the United States Constitution for which they demand compensation.

11. Although the Defendant's action are ongoing, in late 2005, Plaintiff became aware that the resultant damage was caused by the Defendant's actions resulting in the gradual, periodic and recurring flooding affecting Plaintiffs' lands at which time they took action to determine the nature and extent of the taking which had not become clear and were not ascertainable until that time.

12. That damages suffered by the Plaintiff, the George Family Trust for timber and regeneration losses were determined to be $ 65, 554.31.

ADMINISTRATIVE PROCEEDINGS

13. That on the 18th day of October, 2005 Plaintiff filed an administrative claim with the U.S. Corp of Engineers for the sums set forth herein.

14. That on the 9th day of October, 2007, the U.S. Corp of Engineers issued a written final decision informing the Plaintiff that it's respective claim was not compensable and thereby denied.

CLAIMS FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A) Plaintiff prays judgment against the Defendant for $ 65,554.31 , plus costs,

**attorneys fees and for all other relief for which it may prove itself entitled.**

**Dated this 21st day of November, 2007.**

**THE GEORGE FAMILY TRUST, BY AND THROUGH ITS TRUSTEES,**
**JOHN P. GEORGE, JULIA P. PAPA**
**JERRY GEORGE**
**PLAINTIFF**

**BY:** William R Mayo

**WILLIAM R. MAYO, ABA# 80092**
**Their Attorney**
**P.O. Box 1385, 1 W. Mountain Street**
**Fayetteville, AR 72702 1385**
**Tel. 479.444.9323/FAX 479.444.9326**
**Email: wmayo@legalingles.com**