UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically Filed January 21, 2008)

| | |
|---|---|
| THE GEORGE FAMILY TRUST, BY AND THROUGH ITS TRUSTEES, JOHN P. GEORGE, JULIA P. PAPA, AND JERRY GEORGE, TRUSTEES, | ) |
| Plaintiff, | ) |
| v. | ) No. 07-816 L |
| | ) Judge Christine O.C. Miller |
| THE UNITED STATES, | ) |
| Defendant. | ) |

To the Clerk:

Please enter the appearance of Susan V. Cook as attorney for the United States. Service of all papers by U.S. Mail, whether regular mail or Express (U.S.) Mail, should be addressed:

Susan V. Cook
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
(Telephone: 202-305-0470 FAX 202-305-0506)
Email: susan.cook@usdoj.gov

Express deliveries by private companies should be addressed:

Susan V. Cook
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
601 D St., N. W., Rm. 3112
Washington, D.C. 20004
(Tele 202-305-0470)

Dated: January 21, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorneys for Defendant

432547.1