# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **GEORGE FAMILY TRUST,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-816L |
| **THE UNITED STATES,** | * | (Filed Mar. 20, 2008) |
| Defendant. | * | |
| ________________________________________ | * | |
| **ELIZABETH STONE TRUST, *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 07-822L |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Joint Preliminary Status Report filed by defendant on behalf of the parties in each case on March 17, 2008, requested transfer of the later filed Elizabeth Stone Trust, *et al.*, No. 07-822L (Fed. Cl. Nov. 26, 2007) (Hodges, J.), to the undersigned as a directly related case pursuant to RCFC 40.2(a). See Joint Preliminary Status Report, George Family Trust v. United States, No. 07-816L (Fed. Cl. Mar. 17, 2008); id., Elizabeth Stone Trust, *et al.* v. United States, No. 07-822L (Fed. Cl. Mar. 17, 2008). The joint status reports also requested that the cases be consolidated and that trial in each case should be bifurcated. Judge Hodges agreed to the transfer, and the transfer was effected by order entered under Rule 40.1(b) on March 19, 2008. Accordingly,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 42(a), the cases are consolidated, because both actions involve common questions of law and fact, and consolidation will avoid unnecessary costs or delay.

2. Pursuant to RCFC 42(c), at the parties' request, trial is limited to the issues of law and fact relating to plaintiff's right to recover, reserving the amount of recovery, if any, subject to further proceedings.

3. Initial discovery disclosures shall be completed by April 30, 2008.

4. A status conference shall be held at 3:00 p.m. on Thursday, June 19, 2008, in the Howard T. Markey National Courts Building. Counsel for plaintiffs shall notify the court at 202/357-6620 by June 12, 2008, if he wishes to participate by telephone conference call to be placed by the court.

s/ Christine O.C. Miller

_________________________________________

**Christine Odell Cook Miller**
Judge