**UNITED STATES COURT OF FEDERAL CLAIMS**

*(Electronically Filed May 1, 2008)*

| | | |
|---|---|---|
| **GEORGE FAMILY TRUST,** <br><br> **Plaintiff,** <br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | ) | **No. 07-816 L** <br><br> **Hon. Christine O.C. Miller** |
| **ELIZABETH STONE TRUST, et al.,** <br><br> **Plaintiffs,** <br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | ) | **No. 07-822 L** <br><br> **Hon. Christine O.C. Miller** |

**UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE**

Defendant UNITED STATES hereby moves to reschedule the status conference previously set in this matter for June 19, 2008.

This Court's Order of March 20, 2008, set a status conference in this matter to be held at 3:00 p.m. on Thursday, June 19, 2008 in the Howard T. Markey National Courts Building. Unfortunately, counsel for Defendant had already committed herself to depart for a family reunion on June 19, 2008, and would therefore respectfully request that the Court consider

rescheduling the status conference. Counsel for Defendant has conferred with counsel for Plaintiffs concerning available dates, and both counsel indicate that they would be available any time during the following week of June 23, 2008, that might be convenient for the Court.

Counsel for Defendant has conferred with counsel for Plaintiffs, who indicates that Plaintiffs do not oppose this motion to reschedule. Further, because of counsel for Plaintiffs' travel schedule, a date during the week of June 23, 2008, would be more convenient for Plaintiffs' counsel than the current date.

Dated: April 30, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

______________________________
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044
Telephone (202) 305-0470
Fax (202) 305-0506
Email: susan.cook@usdoj.gov

459847.1