# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GEORGE FAMILY TRUST,** *

Plaintiff, *

v. * No. 07-816L

**THE UNITED STATES,** * (Filed June 24, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ELIZABETH STONE TRUST, et al.,** *

Plaintiffs, *

v. * No. 07-822L

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the status conference held on June 23, 2008,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by August 31, 2008, discussing their progress with fact discovery.

s/ Christine O.C. Miller
_________________________________
**Christine Odell Cook Miller**
Judge