**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GEORGE FAMILY TRUST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 07-816 L** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ______________________________ | ) | |
| | ) | |
| **ELIZABETH STONE TRUST, et al.,** | ) | **No. 07-822 L** |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Hon. Christine O.C. Miller** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | *(Electronically Filed September 2, 2008)* |
| **Defendant.** | ) | |
| ______________________________ | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of June 24, 2008, the parties hereby report on the status of fact discovery in this matter as follows:

The parties have completed the initial round of fact discovery which was the depositions of the landowner plaintiff representatives by Defendant. There is no fact discovery which Plaintiffs which to undertake, nor any additional fact witnesses which Defendant wishes to depose, at this time.

Since the depositions, the parties have discussed on several occasions what would be the logical next step in the progression of this litigation. Counsel for Defendant has

advised counsel for Plaintiffs that she anticipates bringing a motion to dismiss on the grounds that this litigation is barred by the Statute of Limitations, 28 U.S.C. § 2501. In response, counsel for Plaintiffs believes that the assistance of an expert in hydrology will be necessary in order for counsel for Plaintiffs to meaningfully analyze the case and to respond to the anticipated motion to dismiss. Counsel for Plaintiffs has located an expert which Plaintiffs are in the process of placing under contract for purposes of generating a preliminary report concerning the hydrology of this case.

Accordingly, the parties propose that Plaintiffs be allowed sufficient time for this expert to complete a preliminary report, and would respectfully propose that they report back to the Court on November 19, 2008, concerning the status of the case. Counsel for Plaintiffs believes this will be sufficient time for the expert to complete a preliminary report. Inasmuch as Counsel for Defendant will be in trial on another matter the end of October, followed by a short period of leave in the beginning of November, the parties believe their proposed deadline is appropriate.

Counsel for Plaintiffs has conferred with counsel for Defendant, who has agreed that Defendant may submit this document on behalf of both parties.

Dated: September 2, 2008.

Respectfully submitted,

s/ William R. Mayo by s/ Susan V. Cook
P. O. Box 1385, 1 W. Mountain Street
Fayetteville, AR 72702-1385
Tel 479-444-9323
Fax 479-4444-9326
Email: info@MayoLawOffices.com
Alt Email: wmayo@legalingles.com

Attorney for Plaintiffs

RONALD J. TENPAS
Assistant Attorney General

s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0470
(202) 305-0506 fax
Email: susan.cook@usdoj.gov

Attorney for Defendant

494439.1