# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GEORGE FAMILY TRUST,** *

Plaintiff, *

v. * No. 07-816L

**THE UNITED STATES,** * (Filed Sept. 3, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ELIZABETH STONE TRUST, et al.,** *

Plaintiffs, *

v. * No. 07-822L

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Status Report filed on Sept. 2, 2008,

**IT IS ORDERED**, as follows:

The parties shall file a subsequent Joint Status Report by November 19, 2008, reporting on the status of this case.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge